```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                  2:10-cr-120

Kenneth Smith

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 13) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 through 6 of the information, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 21, 2010                      s\James L. Graham
                                            James L. Graham
                                            United States District Judge